IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| HALL LEE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV06-51-S-LMB |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH BENNETT, DR. DAWSON, ANDY MITCHEN, and P.A. HENGST, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Defendants recently filed a Motion for Reconsideration (Docket No. 50) of the Court's March 26, 2007 Order (Docket No. 48), granting Plaintiff additional time to complete discovery and locate pro bono counsel. Defendants' Motion contains updated medical records, affidavits from physicians, and medication charts for Plaintiff, and it appears that there is no medical reason for a further delay in this action. The Court previously informed the parties that it would attempt to locate counsel to represent Plaintiff, but it has been unable to locate a pro bono attorney who is willing to accept the limited purpose appointment as of this date.

      Based on a review of Defendants' Motion for Reconsideration, it appears that good cause exists to grant the Motion, but Plaintiff has not filed an opposition to the Motion.

**ORDER  1**

Presumably, Plaintiff is waiting for an attorney to contact him in order to file an opposition to the Motion for Reconsideration, but it appears that Plaintiff is capable of filing an opposition to the Motion on his own. Therefore, the Court will order Plaintiff to respond to Defendants' Motion for Reconsideration within twenty (20) days, and thereafter, the Court will issue a decision on the Motion for Reconsideration.

## ORDER

**NOW THEREFORE IT IS HEREBY ORDERED** that, if Plaintiff elects to file an opposition to Defendants' Motion for Reconsideration, he shall do so within twenty (20) days of the filing of this Order. Failure to respond to Defendants' Motion may be deemed a consent to the granting of the Motion pursuant to District of Idaho Local Civil Rule 7.1(e).



DATED: **July 23, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

**ORDER** 2