ORIGINAL

Hal Lee West #20840
S.I.C.I. ED-2-36
P.O. Box 8509
Boise, Idaho 83707

Plaintiff Pro Se

U.S. COURTS

MAR 19 2008

Rcvd_____ Filed_____ Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HAL LEE WEST, ) | |
| ) | |
| Plaintiff, ) | Case No. CV06-51-S-LMB |
| ) | |
| vs. ) | **MOTION TO VACATE REFERRAL TO** |
| ) | **A MAGISTRATE JUDGE UNDER** |
| KENNETH BENNETT, DEPUTY ) | **RULE 73(b)(3)** |
| WARDEN GEORGE MILLER, DR. ) | |
| DAWSON, ANDY MITCHEN, and P.A. ) | |
| HENGST, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, HAL LEE WEST, hereby moves this court for its' Order Vacating the Referral to a Magistrate Judge Under Rule 73(b)(3) due to extraordinary circumstances that have arisen from the arbitrary and capricious actions of the Honorable Larry M. Boyle in the course of this action that has biased and prejudiced this case in the Defendants favor. This motion is supported and based on the following substantial information that warrants said action in the interest of justice.

### AUTHORITY

The court may, for good cause shown on its own motion, or under extraordinary circumstances shown by any party, vacate its reference of a civil matter to a magistrate judge. 28 U.S.C.A. § 636(c)(6).

MOTION TO VACATE REFERRAL TO A MAGISTRATE JUDGE UNDER
RULE 73 (b)(3) Page 1

**ARGUMENT**

The actions of the Honorable Larry M. Boyle show his bias towards the Plaintiff and his willingness to make arbitrary and capricious decisions against the Plaintiff has served to prejudice this case in the Defendants favor and in violation of law as the Plaintiff understands and reads such. The Plaintiff states that the following actions by the Honorable Larry M. Boyle are in violation of laws as written.

1. THE GRANTING OF DEFENDANTS' MOTION FOR RECONSIDERATION IN VIOLATION OF RULE 60(b)(2).

Plaintiff has given substantial argument as to this fact in his MOTION TO DISQUALIFY JUDGE LARRY M. BOYLE FOR BIAS AND PREJUDICIAL ACTIONS now before this court for its action and ruling on such and now submits such to the court in support of this action.

2. Plaintiff believes that a close review of the record in this case will show Judge Boyle's bias towards the Plaintiff in the facts of his refusals to acknowledge or act upon the Plaintiff's filings in this case no matter how serious or warranting of immediate action of the court but yet when the Defendant's file any action it is given favor by the court no matter how frivolous or out of line it is. Were is the equal protection under the law here?

3. Plaintiff also believes that he is being discriminated against in the fact that Plaintiff is being denied an _equal_

MOTION TO VACATE REFERRAL TO A MAGISTRATE JUDGE UNDER
RULE 73 (b)(3) Page 2

opportunity to present the facts of his case let alone the serious nature of such. Judge Boyle refuses to take any action that will give the court independent unbiased facts to base its' decisions on and takes anything the Defendants say or do as fact even though serious creditability questions have been brought to the attention of Judge Boyle he refuses to question or do anything to substantiate the true and correct facts of this case and even acknowledge the seriousness of the Plaintiff's medical problems. Plaintiff has challenged the court on several occasions to come see the Plaintiff's medical condition for its self or to have independent medical staff and doctors examine the Plaintiff so as to have a correct and true diagnoses of the Plaintiff's highly serious medical needs. Plaintiff is being denied the opportunity to find independent Experts or have independent medical opinion on his behalf in the fact that he is indigent and without funds or opportunity to hire or find independent medical opinion to support his case therefore giving bias in the Defendants favor. If the Plaintiff is not given a fair and equal opportunity to present the facts of his case how can any type of justice be served but that of a prejudicial nature? The Plaintiff has been forced by the Defendants and now this court to suffer the ill and dehumanizing progression of his serious medical needs and problems for over two (2) years now and Plaintiff has been forced to suffer with its' pain and progression to the point of being confined to being able to do nothing of normal day activities. Given the fact that the court refuses to take any action to aid the

MOTION TO VACATE REFERRAL TO A MAGISTRATE JUDGE UNDER
RULE 73 (b)(3) Page 3

Plaintiff in the presentation of independent medical testimony that will prove the serious nature of the Plaintiff's complaints and give the court a true and correct finding of the facts to base its' decisions of record on. Plaintiff also further believes that the influence of the Defendants money, power and social status are influencing the decisions of Judge Boyle making his decisions biased and prejudicial against the Plaintiff and his serious need for meaningful and adequate medical care to end his undue pain and suffering.

WHEREFORE based on the aforementioned substantial facts along with the support of Plaintiff's Motion To Disqualify Judge Larry M. Boyle Plaintiff respectfully request this court grant this Motion To Vacate Referral To A Magistrate Judge and appoint a District Court Judge who will be unbiased and fair in his or her decisions.

Respectfully submitted this 17th day of March, 2008.

*Hal Lee West*
HAL LEE WEST Plaintiff Pro Se

CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on this 17th day of March, 2008, I mailed true and correct copies of the foregoing MOTION TO VACATE REFERRAL TO A MAGISTRATE JUDGE UNDER RULE 73(b)(3) to Defendants of record via the prison U.S. mail system to;

**ANDREW C. BRASSEY (ISB No.2128**
BRASSEY, WETHERELL, CRAWFORD, & GARRETT
203 W. Main Street
P.O. Box 1009
Boise, Idaho 83701-1009

**JOHN J. BURKE, ISB No.4619**
HALL, FARLEY, OBERRECHT, & BLANTON, P.A.
702 W. Idaho, Suite 700
P.O. Box 1271
Boise, Idaho 83701

*Hal Lee West*
HAL LEE WEST Plaintiff Pro Se

MOTION TO VACATE REFERRAL TO A MAGISTRATE JUDGE UNDER
RULE 73 (b)(3) Page 5 end.